# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 17-7593 JAK (MRW) | Date | March 1, 2018 |
| Title | Mendoza v. Sherman | | |

Present: The Honorable **Michael R. Wilner**

| Veronica Piper | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Petitioner: | Attorneys Present for Respondent: |
|---|---|
| None present | None present |

**Proceedings:** ORDER TO SHOW CAUSE RE: DISMISSAL

1. In January 2018, the Attorney General moved to dismiss this habeas action on procedural grounds. (Docket # 7.) The Court issued an order requiring Petitioner to respond to the motion or take other appropriate action by February 2, 2018. (Docket # 9.) To date, Petitioner has not filed any response to the motion or the Court's order.

2. Petitioner is ordered to show cause why the motion should not be granted for the grounds stated by the Attorney General and for Petitioner's failure to oppose the motion pursuant to Local Rule 7-12. Petitioner's response to the OSC <u>and</u> his substantive response to the motion are due by or before March 22, 2018.

**Petitioner is advised that the failure to respond to this order will lead the Court to conclude that the motion is unopposed under Local Rule 7-12, and the action will be dismissed on that basis and under Federal Rule of Civil Procedure 41 for failure to prosecute the action.**